USCA1 Opinion

 

 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT FOR THE FIRST CIRCUIT ____________________ No. 96-1589 MARIA FELINSKA, Plaintiff, Appellant, v. NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND, Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Nancy Gertner, U.S. District Judge] ___________________ ____________________ Before Cyr, Boudin and Lynch, Circuit Judges. ______________ ____________________ Matthew Cobb for appellant. ____________ Anne McCully Murphy with whom Charles P. O'Connor, Morgan, Lewis ____________________ ____________________ _____________ & Bockius, LLP, Christopher N. Souris and Feinberg, Charnas & ________________ _______________________ _____________________ Birmingham, P.C. are on brief for appellee.  ________________ ____________________ November 6, 1996 ____________________ Per Curiam. Maria Felinska appeals from the district __________ court's summary judgment dismissing her claim that her former employer had discriminated against her by constructively discharging her because of her age in violation of the Age Discrimination in Employment Act, 29 U.S.C. 621 et. seq. ________ The district court ruled that Felinska had not presented a prima facie case because, even accepting her allegations of fact as true, they did not demonstrate a constructive discharge. Greenberg v. Union Camp Corp., 48 F.3d 22, 26 _________ _________________ (1st Cir. 1995). After reviewing the parties' briefs and the record, we affirm substantially for the reasons given by the district court. Affirmed. ________ -2- -2-